IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SERGUEY PONCE QUINONES, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. SA-26-CV-00523-FB |
| | § | |
| MIGUEL VERGARA, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; *et al*., | § | |
| | § | |
| *Respondents*. | § | |

**ORDER DISMISSING AS MOOT MOTION TO ENFORCE HABEAS ORDER**

Before the Court is Petitioner Serguey Ponce Quinones' ("Petitioner") Motion to Enforce Habeas Order ("Motion to Enforce") (ECF No. 12), the Federal Respondents' response (ECF No. 13), and Petitioner's reply (ECF No. 14). The Court granted Petitioner the relief he seeks in his Motion to Enforce in an Order Granting Writ of Habeas Corpus and Judgment signed this date in the case styled *Serguei Ponce Quinones v. Warden, South Texas Immigration Processing Center, et al.,* Civil Action No. SA-26-CV-2994-FB. Accordingly, the Court is of the opinion that the Motion to Enforce should be dismissed as moot.

IT IS THEREFORE ORDERED that Petitioner's Motion to Enforce Habeas Order (ECF No. 12) is DISMISSED as MOOT.

It is so ORDERED.

SIGNED this 5th day of October, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE